UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 24-526 (RBW) |
| ) | |
| DAVID SLINKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 21, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 21, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 22nd day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The Court is dismissing this case based on the government's motion that was submitted following the Presidents pardon that was issued, despite the government's earlier allegations that resulted in the issuance of an Indictment charging the defendant with committing the crimes of: (1) Theft of Government Property and Aiding and Abetting, in violation of 18 U.S.C. § 641 and 2; (2) Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); (3) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); (4) Entering or Remaining in Certain Rooms in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(C); (5) Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and (6) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). See Indictment at 1, ECF No. 12. The defendant denied these allegations and entered a plea of not guilty to all of these charges. See Minute Entry (Dec. 11, 2024).